AO 240 (DELAWARE REV 7/00)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**ORIGINAL**

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

C 6 - 1 2 4

I, **Lee A. Israel**, declare that I am the (check appropriate box)
☒ **Petitioner/Plaintiff/Movant**   ☐ Other   in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated? ☒ Yes  ☐ No  (If "No" go to Question 2)

    If "YES" state the place of your incarceration **Delaware Correctional Center**

    Are you employed at the institution?   ☒ Yes ☐ No

    Do you receive any payment from the institution?   ☒ Yes ☐ No

    FILED
    FEB 27 2006
    DISTRICT OF DELAWARE

    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2.  Are you currently employed? ☒ Yes ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  $ **50.00 a Month, Ms. Jenny Havel**

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes ☒ No |
    | e. | Gifts or inheritances | ☐ Yes ☒ No |
    | f. | Any other sources | ☐ Yes ☒ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☑ Yes ☐ No

   If "Yes" state the total amount $ 8.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

   I declare under penalty of perjury that the above information is true and correct.

   Date: February 23, 2006    Signature of Applicant  Lee C. Israel

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __.22__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __0__.

I further certify that during the past six months the applicant's average monthly balance was $ __17.54__ and the average monthly deposits were $ __52.80__.

__2/17/06__
Date

__Stacy Shane__
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

ORIGINAL

TO: Lu Israel   SBI#: 181371

06 - 124

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 17, 2006

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of August 1, 2005 to January 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 17.39 |
| Sept | 27.92 |
| Oct | 19.57 |
| Nov | 15.75 |
| Dec | 11.92 |
| Jan | 12.96 |

Average daily balances/6 months: 17.54

Attachments
CC: File

Stacy Shane
2/17/06

Notary Public
2/17/06