ORIGINAL

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

C 6 - 1 2 4

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): Lee A. Israel | | Docket or Case No.: |
| Place of Confinement: Delaware Correctional Center | | Prisoner No.: 00181371 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Lee A. Israel                    v. | |
| The Attorney General of the State of | |

FILED

PETITION

FEB 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Delaware Superior Court, Daniel L. Herman Court House, 500 North King Street, Wilmington, Delaware 19801
    (b) Criminal docket or case number (if you know): No. 476, 2004 (Ib# 8500261501)

2.  (a) Date of the judgment of conviction (if you know): 11/12/1985
    (b) Date of sentencing: 2/21/86

3.  Length of sentence: 97 years

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: Rape first - Life (45 years) with the first 20 years mandatory; Burglary first 30 years; Attempt Burglary second 20 years; and Theft misdemeanor 2 years, all to run consecutively.

6.  (a) What was your plea? (Check one)
    (1)  Not guilty ☑          (3)  Nolo contendere (no contest) ☐
    (2)  Guilty ☐              (4)  Insanity plea ☐
    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? None

(c) If you went to trial. what kind of trial did you have? (Check one)

Jury ☑        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Delaware Supreme Court_

(b) Docket or case number (if you know): _No: 56, 1986_

(c) Result: _Judgment is AFFIRMED_

(d) Date of result (if you know): _August 22, 1986_

(e) Citation to the case (if you know): _____

(f) Grounds raised: _Abuse of discretion in accepting guilty verdicts for Burglary first and Attempt burglary second, insufficient evidence._

_Abuse of discretion in allowing Officer Young to be Qualified as an expert on the issue of footprint Identification._

(g) Did you seek further review by a higher state court?   Yes ☐  No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐  No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _Delaware Superior Court for New Castle County_

    (2) Docket or case number (if you know): _ID#8505032622BI_

    (3) Date of filing (if you know): _7-18-1995_

    (4) Nature of the proceeding: _Motion for Post-Conviction Relief_

    (5) Grounds raised: _Ineffective Assistance of Counsel :_
_Failure to sever, Failure to object to opening and closing_
_summation, Failure to object to recalling Det. Hendrick,_
_Failure to object to Jury Instructions, Failure to_
_object to Incorrect Sentence._

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐ No ☑

    (7) Result: _Motion Denied_

    (8) Date of result (if you know): _February 6, 1996_

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _Delaware Superior Court for New Castle County_

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _November 2, 1998_

    (4) Nature of the proceeding: _Motion to Correct an Illegal Sentence_

    (5) Grounds raised: _① Correction of an Illegal Sentence._
_② Violation of Defendant's Constitutional Right to Due_
_Process and Equal Protection._

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?        Yes ❑   No ☑

(7) Result: *Motion Denied* _____

(8) Date of result (if you know): *1 - 6 - 1999* _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?        Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your

petition, application, or motion?

(1) First petition:        Yes ☑   No ❑

(2) Second petition:    Yes ☑   No '

(3) Third petition:      Yes ❑   No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _____ *PLAIN ERROR* _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*The petitioner was intitled to have the jury instructed on a lesser included offense for burglary first degree and attempt burglary second degree. See Attached Memorandum of law.*

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: *No objection by counsel was made.*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *post-conviction motion*

Name and location of the court where the motion or petition was filed: *Delaware Superior Court New Castle County*

Docket or case number (if you know): _ID# 85002615 DI_

Date of the court's decision: _September 24, 2004_

Result (attach a copy of the court's opinion or order, if available): _____ ____
_____ _See Attached Appendix_ _____ ___ ___

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Delaware Supreme Court_

Docket or case number (if you know): _No. 476, 2004_

Date of the court's decision: _February 25, 2005_

Result (attach a copy of the court's opinion or order, if available): _____ ____
_____ _See Attached Appendix_ _____ ___ ___

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _None_
_____
_____

GROUND TWO: _PLAIN ERROR_ _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_The petitioner's conviction is undermined by a constitutional_
_violation. The prosecutor knowingly elicited and allowed_
_a State witness to testify falsely in violation of_
_petitioner's fourteenth amendment rights. see Attached_

Page 8

Memorandum of Law.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____ _____

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _No objection_
_was made at trial._

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Post-Conviction Motion_

Name and location of the court where the motion or petition was filed: _Delaware_
_Superior Court for New Castle County._

Docket or case number (if you know): _ID# 85002615 DI_

Date of the court's decision: _September 24, 2004_

Result (attach a copy of the court's opinion or order, if available): _____ _____
_See Attached Appendix_

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ _____
_Delaware Supreme Court_

Docket or case number (if you know): _No. 476, 2004_

Date of the court's decision: _February 25, 2005_

Result (attach a copy of the court's opinion or order, if available): _____

_See Attached Appendix_ _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _None_

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ❑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _____ _____ _____ _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑   No ❑

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

   state trial court?      Yes ❑ No ❑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____ _____ _____ _____

   Name and location of the court where the motion or petition was filed: _____ _____

   _____

   Docket or case number (if you know): _____ _____ _____

   Date of the court's decision: _____ _____ _____ _____ _____

   Result (attach a copy of the court's opinion or order, if available): _____ _____

   _____

   (3) Did you receive a hearing on your motion or petition?

   Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion or petition?

   Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☑ No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______________________

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ❑ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ☑
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: _____

   (b) At arraignment and plea: _____

   (c) At trial: _Edward F. Eaton, Esq._____

   (d) At sentencing: _Edward F. Eaton, Esq._____

   (e) On appeal: _Wade W. Scott, Esq._____

   (f) In any post-conviction proceeding: _Pro se_____

   (g) On appeal from any ruling against you in a post-conviction proceeding: _Pro se____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____ _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❏  No ❏

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*  _The petitioner asks this Honorable Court to_
_Consider the merits of his petition under 28 § 2244(d)(2)._
_This subsection allows the petitioner to come in off the heals_
_of the Delaware Supreme Court's denial of his appeal,_
_which was decided February 25, 2005._
_The Delaware Supreme Court's denial of petitioner's_
_appeal affirmed the judgment of the Delaware Superior_
_Court to summarily dismiss petitioner's Motion for post-_
_conviction relief, which was decided September 24, 2004._
_A post-conviction Motion filed in State Court can be filed_
_after a three year time limitation under Rule 61(i)(5)._
_See petitioner's Motion for Post-Conviction Relief at page 3._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief:

_See Conclusion of Attached Memorandum._

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on

_February 24, 2006_ (month, date, year).

Executed (signed) on _____ (date).

_Lee G. Israel_

Signature of Petitioner

---

*(...continued)

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

## IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*

UNITED STATES POSTAGE
02 1A
00040.6915
MAILED FROM ZIP CODE

IM Lee Israel
SBI# 181371   UNIT 22-AU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court

844 King Street
Wilmington, Delaware
19801

U.S.M.S.
X·R·AY