IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LEE A. ISRAEL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-124-SLR |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

NOTICE OF SUPPLEMENTAL FILING
OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket #85002615DI

b. February 21, 1986 Sentencing Order

c. Appellant's July 18, 1995 Motion for Postconviction Relief

d. Appellant's Memorandum of Law in Support of Motion for Postconviction Relief

e. Appellant's Opening Brief and Appendix (No. 99, 1996)

f. State's Motion to Affirm (No. 99, 1996)

g. Order (May 21, 1996) (99, 1996)

h. Appellant's Opening Brief (No. 476, 2004)

i. State's Motion to Affirm (No. 476, 2004)

j. Order (February 25, 2005) (476, 2004)

                                                        /s/ James T. Wakley  
                                                        Deputy Attorney General  
                                                        Department of Justice  
                                                        820 N. French Street  
                                                        Wilmington, DE 19801  
                                                        (302) 577-8500  
DATE: October 27, 2006                        Del. Bar. ID No. 4612

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also certify that on October 27, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Lee A. Israel
SBI No. 00181371
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      /s/ James T. Wakley
      Deputy Attorney General
      Department of Justice
      820 N. French Street
      Wilmington, DE 19801
      (302) 577-8500
      Del. Bar. ID No. 4612

DATE: October 27, 2006