## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LEE A. ISRAEL,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-124-SLR |
| | ) |
| **THOMAS CARROLL**, Warden | ) |
| and **CARL C. DANBERG**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE

## CERTIFIED STATE COURT RECORDS

1. The petitioner, Lee A. Israel, has applied for federal habeas relief, alleging a variety of errors in his 1986 conviction. D.I. 2. The undersigned filed an answer to the petition on October 10, 2006

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal. Respondents, on October 27, 2006, filed all records due with the exception of those relating to petitioner's 1986 direct appeal (No. 56, 1986).

3. Due to the age of the materials in question and the volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records from the state archives in order to file them contemporaneously with the other materials requested. The undersigned anticipates obtaining and copying the records on or before November 20, 2006.

      4.      Respondents submit that an extension of time to November 20, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                    /s/ James T. Wakley
                                    Deputy Attorney General
                                    Department of Justice
                                    820 N. French Street
                                    Wilmington, DE 19801
                                    (302) 577-8500
                                    Del. Bar. ID No. 4612

DATE: October 27, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ James T. Wakley
Deputy Attorney General


Counsel for Respondents

Date: October 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on October 27, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Lee A. Israel
SBI No. 00181371
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  October 27, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEE A. ISRAEL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-124-SLR |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before November 20, 2006.

_____
United States District Judge