IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEE A. ISRAEL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-124-SLR |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **CARL C. DANBERG**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF SUPPLEMENTAL FILING
OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

a. Appellant's Opening Brief (No. 56, 1986)

b. State's Motion to Affirm (No. 56, 1986)

c. August 22, 1986 Order (No. 56, 1986)

|  |  |
|---|---|
| | /s/ James T. Wakley |
| | Deputy Attorney General |
| | Department of Justice |
| | 820 N. French Street |
| | Wilmington, DE 19801 |
| | (302) 577-8500 |
| DATE: November 20, 2006 | Del. Bar. ID No. 4612 |

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on November 20, 2006, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Lee A. Israel
SBI No. 00181371
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

November 20, 2006