## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD

**ORIGINAL**

FILED
MAY 1 6 2007
SUE L. ROBINSON
CIRCUIT U.S. DISTRICT JUDGE

BD Scanned IFP

U.S. District Court for the District of Delaware

DOCKET NUMBER (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

LEE A. ISRAEL

v.

THOMAS CARROLL, Warden, and JOSEPH BIDEN, III, Attorney General

DISTRICT COURT
DOCKET NUMBER: 06-124-SLR

DISTRICT COURT
JUDGE: Sue L. Robinson

Notice is hereby given that __Lee A. Israel__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) __to dismisse petitioners writ of habeas corpus.__

entered in this action on __4/ 13/ 2007__
(date)

Dated: __4/ 23/ 2007__

_Lee A. Israel_
(Counsel for Appellant-Signature)

LEE A. ISRAEL
(Name of Counsel - Typed)

DCC  1181 Paddock Road
(Address)

Smyrna, DE 19977
(City, State Zip)

(Telephone Number)

JAMES T. WAKLEY, Deputy Attorney
(Counsel for Appellee) General
Delaware Department of Justice,
(Address)

Wilmington, DE
(City, State Zip)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEE A. ISRAEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 06-124-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and JOSEPH R. ) | |
| BIDEN, III, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington this 11th day of April, 2007, consistent with the Memorandum Opinion issued this same date;  IT IS HEREBY ORDERED that:

1. Petitioner Lee A. Israel's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED.  (D.I. 2)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I, **Lee Israel**, hereby certify that I have served a true And correct cop(ies) of the attached: **Notice of Appeal To U.S. Court of Appeals, Third Circuit** upon the following parties/person (s):

TO: ~~Todd~~

TO: Thomas Carroll, Warden
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

TO: James T. Wakley,
Deputy Attorney General
Delaware Department of Justice
Wilmington, DE  19801

TO: Sue L. Robinson
United States District Court
U.S. Courthouse
Wilmington, DE  19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **8th** day of **May**, 200**7**

Lee A. Israel

I/M Lee A. Israel
SBI# 181371   UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Judge Sue L. Robinson
United States District Court
U.S. Courthouse
Wilmington, DE
19801