**ORIGINAL**

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

__Lee A. Israel__
Plaintiff
v.
__Thomas Carroll, Warden__
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: __06-124-SLR__

I, __Lee A. Israel__, declare that I am the (check appropriate box)

[✓] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED MAY 16 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

BD Scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [✓] Yes   [ ] No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Delaware Correctional Center__

   **Inmate Identification Number (Required):** __181371__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   [ ] Yes   [✓] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [✓] No
   b. Rent payments, interest or dividends             [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [✓] No
   d. Disability or workers compensation payments      [ ] Yes   [✓] No
   e. Gifts or inheritances                            [ ] Yes   [✓] No
   f. Any other sources                                [✓] Yes   [ ] No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   __Commissary job last held in October 2006. I received $52.00 a month. I expect to receive $0.__

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?      ✓ Yes    ・・No

    If "Yes" state the total amount $ 9.00

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ・・Yes    ✓No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

    None

I declare under penalty of perjury that the above information is true and correct.

May 7, 2007                     Lee A. Israel
DATE                            SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Lee Israel_   SBI#: _181371_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _April 25, 2007_

---

Attached are copies of your inmate account statement for the months of _October 1, 2006_, to _March 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 10.96 |
| Nov | 13.61 |
| Dec | 28.15 |
| Jan | 5.24 |
| Feb | 5.15 |
| March | .08 |

Average daily balances/6 months: _10.62_

Attachments
CC: File

_Stacy Shane_
_4/25/07_

_Janette L Hawl_
_4/26/07_

Date Printed: 4/25/2007

## Individual Statement
## From October 2006 to December 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00181371 | Israel | Anthony | L | | | Beginning Month Balance: | $0.40 |
| Current Location: | D/W | | | | | Ending Month Balance: | $14.66 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage 109 | 10/2/2006 | $52.80 | $0.00 | $0.00 | $53.20 | 326568 | | | |
| Canteen | 10/4/2006 | ($18.88) | $0.00 | $0.00 | $34.32 | 327787 | | COMMISSARY 8/24-9 | |
| Pay-To | 10/5/2006 | ($13.50) | $0.00 | $0.00 | $20.82 | 328910 | | BBPD | |
| Canteen | 10/11/2006 | ($14.17) | $0.00 | $0.00 | $6.65 | 330999 | | | |
| Canteen | 10/18/2006 | ($5.78) | $0.00 | $0.00 | $0.87 | 333281 | | | |
| Mail | 10/23/2006 | $9.00 | $0.00 | $0.00 | $9.87 | 336586 | 276832006 | | L. MEYERS |
| Canteen | 10/25/2006 | ($9.45) | $0.00 | $0.00 | $0.42 | 337754 | | | |
| Misc Wage 109 | 11/1/2006 | $52.80 | $0.00 | $0.00 | $53.22 | 339553 | | COMMISSARY 9/24-1 | |
| Canteen | 11/1/2006 | ($22.24) | $0.00 | $0.00 | $30.98 | 340718 | | | |
| Pay-To | 11/9/2006 | ($11.45) | $0.00 | $0.00 | $19.53 | 344451 | | EDWARD R HAMILT | |
| Canteen | 11/15/2006 | ($15.48) | $0.00 | $0.00 | $4.05 | 346204 | | | |
| Canteen | 11/22/2006 | ($3.90) | $0.00 | $0.00 | $0.15 | 349439 | | | |
| Canteen | 11/28/2006 | $4.55 | $0.00 | $0.00 | $4.70 | 351008 | | REFUND | |
| Misc Wage 109 | 12/1/2006 | $21.12 | $0.00 | $0.00 | $25.82 | 352328 | | COMMISSARY 10/24- | |
| Mail | 12/4/2006 | $30.00 | $0.00 | $0.00 | $55.82 | 353563 | 117711 | | DESXTA FCU |
| Canteen | 12/6/2006 | ($19.86) | $0.00 | $0.00 | $35.96 | 354906 | | | |
| Canteen | 12/13/2006 | ($9.25) | $0.00 | $0.00 | $26.71 | 358408 | | | |
| Canteen | 12/27/2006 | ($12.05) | $0.00 | $0.00 | $14.66 | 364560 | | | |

Ending Month Balance: $14.66

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement
## From January 2007 to March 2007

Date Printed: 4/25/2007                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00181371 | Israel | Anthony | L | | Beginning Month Balance: | $14.66 |
| Current Location: | D/W | | | | Ending Month Balance: | $0.08 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/3/2007 | ($6.46) | $0.00 | $0.00 | $8.20 | 367979 | | | |
| Canteen | 1/17/2007 | ($6.98) | $0.00 | $0.00 | $1.22 | 373875 | | | |
| Misc | 2/9/2007 | $15.00 | $0.00 | $0.00 | $16.22 | 385219 | 119366 | | DEXSTA |
| Canteen | 2/14/2007 | ($12.42) | $0.00 | $0.00 | $3.80 | 386887 | | | |
| Canteen | 2/28/2007 | ($3.72) | $0.00 | $0.00 | $0.08 | 393634 | | | |

Ending Month Balance: $0.08

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00