IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEE A. ISRAEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. No. 06-124-SLR |
| ) | |
| THOMAS CARROLL, Warden, ) | |
| and JOSEPH R. ) | |
| BIDEN, III, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

O R D E R

At Wilmington this 14th day of June, 2007;

IT IS ORDERED that:

Petitioner's "Motion To Proceed In Forma Pauperis On Appeal" is **DENIED** as unnecessary. (D.I. 23) The court previously granted petitioner approval to proceed in forma pauperis in his habeas proceeding and, therefore, petitioner does not need further authorization to proceed in forma pauperis on appeal. See Fed. R. App. P. 24(a)(3).

_____
UNITED STATES DISTRICT JUDGE