DLD-340                                                                                                August 9, 2007

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-2508**

LEE A. ISRAEL

  v.

WARDEN THOMAS CARROLL, et al.

     (D. Del. Civ. No. 06-cv-00124)

Present:    BARRY, AMBRO and FISHER, CIRCUIT JUDGES

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

    Respectfully,

    Clerk

MMW/SR

_____ORDER_____

    The foregoing request for a certificate of appealability is denied. For substantially the reasons given by the District Court in dismissing the appellant's petition, we conclude that jurists of reason would all agree that the appellant's petition was not timely filed. Slack v. McDaniel, 529 U.S. 473 (2000).



A True Copy:
Marcia M. Waldron, Clerk

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: August 23, 2007
ISC/cc: Lee A. Israel
      Elizabeth R. McFarlan, Esq.